IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:19CR3119 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL GONZALEZ, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 26), is granted as follows:

   a. Defendant is permitted to travel by car to Holland, Michigan for the Christmas holiday with family, leaving Lincoln, Nebraska on Monday, December 23, 2019, around 8:00 p.m. and returning by midnight on by Sunday, December 29, 2019;

   b. Defendant shall stay with his mother during the trip:

   c. Defendant shall have no contact with persons under the age of 18 unless another adult is present; and

   d. Defendant shall not be subject to electronic monitoring during the trip.

2) On or before noon on December 23, 2019, Defendant shall provide information to pretrial services outlining contact numbers, and the address of his lodging for the trip.

December 19, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge