IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL GONZALEZ,<br><br>     Defendant. | **4:19CR3119**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 33), is granted.

2) Defendant is permitted to travel from his residence in Michigan to Lincoln, Nebraska on August 18, 2020 to attend a hearing before this Court on August 19, 2020, at 10:00 a.m. Following the hearing, he is permitted to travel to Joliet, IL, completing his trip back to Michigan the following day, and arriving at his residence by 12:00 p.m. (noon) on August 20, 2020. Electronic monitoring can be disabled during the trip, but it shall be reinstalled on August 20, 2020.

3) On or before August 14, 2020, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

August 13, 2020.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge